**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03049-BNB

MARK COLLINS,

    Plaintiff,

v.

THE GARFIELD COUNTY GOVERNMENT,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 16, 2013, Plaintiff filed a Motion to Clarify, ECF No. 11. It is not clear what Plaintiff is requesting. If Plaintiff is seeking appointment of counsel the request is denied as premature. If Plaintiff is seeking legal advice the Court does not provide legal advice. Plaintiff's indigency status does not waive the requirement that he must comply with Fed. R. Civ. P. 8. The Clerk of the Court is directed to terminate the Motion as answered.

Dated:  December 17, 2013