IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03049-LTB

MARK COLLINS,

 Plaintiff,

v.

THE GARFIELD COUNTY GOVERNMENT,

 Defendant.

---

## JUDGMENT

---

 Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 2, 2014, it is hereby

 ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

 DATED at Denver, Colorado, this 2 day of January, 2014.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/T.Lee
          Deputy Clerk